ROBERT F. WARD, Respondent, *v.* IROQUOIS GAS CORPORATION, Appellant, and INTERNATIONAL RAILWAY COMPANY, Respondent.

(Argued September 28, 1931; decided October 6, 1931.)

*Hamilton Ward* and *Noel S. Symons* for motions.

*W. I. Morey* opposed.

Motion to dismiss appeal of Iroquois Gas Corporation as against the defendant International Railway Company denied, without costs and without prejudice to its renewal upon the argument of the appeal.

Motion to dismiss appeal of Iroquois Gas Corporation as against respondent Robert F. Ward denied, with ten dollars costs.